

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00395-CV

| | | |
|---|---|---|
| Richard F. Walsh, Medica-Rents Co., Ltd., and MED-RCO, Inc. | § | From the 17th District Court |
| | § | of Tarrant County (017-217058-06) |
| v. | § | April 2, 2015 |
| Woundkair Concepts, Inc., Dan Anderson, and Kim Anderson | § | Opinion by Justice Meier |

## JUDGMENT ON RECONSIDERATION EN BANC

Appellants Richard F. Walsh, Medica-Rents Co., Ltd., and MED-RCO, Inc. filed a motion for reconsideration en banc of our opinion that issued on February 5, 2015. We deny the motion, withdraw our opinion and judgment dated February 5, 2015, and substitute the following.

This court has again considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier